

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2021

No. 04-21-00215-CV

Johnny **VASQUEZ**,
Appellant

v.

Sonia **SOTELLO**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021CV00358
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

On May 25, 2021, Appellant Johnny Vasquez, representing himself, filed a notice of appeal. *See* TEX. R. APP. P. 25.1(a). The same day, a deputy clerk of this court notified Appellant in writing that our records do not show that the $205.00 filing fee has been paid. Further, our records do not conclusively establish that Appellant is excused by statute or rule from paying the filing fee. *See id.* R. 5 (requiring fees in civil cases); *id.* R. 20.1 (waiving appellate court costs under certain circumstances).

Our May 25, 2021 letter warned Appellant that if the filing fee was not paid by June 4, 2021, the appeal could be stricken by this court. To date, this court has not received payment or a Statement of Inability to Afford Payment of Court Costs. *See id.*; *see also* TEX. R. CIV. P. 145.

Our letter also advised Appellant that the docketing statement must be filed with this court by June 4, 4021. *See id.* R. 32.1; 4TH TEX. APP. (SAN ANTONIO) LOC. R. 5.2, http://www.txcourts.gov/4thcoa/practice-before-the-court/local-rules.aspx. To date, no docketing statement has been filed.

We ORDER Appellant to file a docketing statement within TEN DAYS of the date of this order.

We ORDER Appellant to show cause in writing within **TEN DAYS** of the date of this order that either (1) the $205.00 filing fee has been paid, or (2) Appellant is entitled to appeal without paying the filing fee.

If Appellant fails to respond as ordered, this appeal will be dismissed **without further notice**.  *See* TEX. R. APP. P. 5, 42.3(c); *In re R.J.G.*, No. 04-19-00817-CV, 2020 WL 214769, at *1 (Tex. App.—San Antonio Jan. 15, 2020, no pet.) (mem. op.).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court